## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ZOGENIX, INC. and ZOGENIX INTERNATIONAL LTD., <br><br> Plaintiffs, <br><br> v. <br><br> APOTEX INC. and APOTEX Corp., <br><br> Defendants. | C.A. No. _____ |

## SUPPLEMENTAL INFORMATION FOR PATENT CASES INVOLVING AN ABBREVIATED NEW DRUG APPLICATION (ANDA)

Plaintiff(s) hereby provide(s) the information below with respect to the deadlines set forth in 21 U.S.C. 355(j):

    Date Patentee(s) Received Notice:    October 13, 2021

    Date of Expiration of Patent:    See Appendix

    Thirty Month Stay Deadline:    See Appendix

| | |
|---|---|
| 10/28/2021 <br> Date | /s/ Denise S. Kraft <br> Attorney(s) for Plaintiffs |

## APPENDIX TO SUPPLEMENTAL INFORMATION FOR PATENT CASES INVOLVING AN ABBREVIATED NEW DRUG APPLICATION (ANDA)

**Date of Expiration:** Plaintiffs assert two patents in this case: U.S. Patent No. 10,947,183 expires on December 20, 2036; and U.S. Patent No. 10,950,331 expires on September 28, 2035.

**Stay Deadline:** The relevant deadline for this Abbreviated New Drug Application patent action is the expiration of a seven-year, Orphan Drug Exclusivity under 21 C.F.R. § 316.31, which expires **June 25, 2027**.  The Thirty-Month Stay Deadline expires February 29, 2024.