# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ZOGENIX, INC. and ZOGENIX INTERNATIONAL LTD., <br><br> Plaintiffs, <br><br> v. <br><br><br> APOTEX INC. and APOTEX CORP., <br><br> Defendants. | C.A. No. 21-cv-1252 (RGA) <br> CONSOLIDATED |

### DEFENDANT APOTEX'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1(a), the undersigned counsel of record for Defendants Apotex Inc. and Apotex Corp. (collectively, "Apotex") certifies that the following have an interest in the outcome of this case:

Apotex Inc. is an Ontario corporation and is wholly owned by Apotex Pharmaceutical Holdings, Inc. (APHI). APHI is an Ontario Corporation. Apotex Corp. is a Delaware corporation and is wholly owned by Aposherm Delaware Holdings Corporation (ADHC). Apotex Inc., APHI, and ADHC are not publicly traded companies.

*/s/ Cortlan S. Hitch*
Kenneth L. Dorsney (#3726)
Cortlan S. Hitch
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
(302) 888-6800
kdorsney@morrisjames.com

*Attorneys for Defendants*
*Apotex Corp. and Apotex Inc.*

**Other Documents**

1:21-cv-01252-RGA Zogenix, Inc. et al v. Apotex Inc. et al

LEAD,PATENT

# U.S. District Court

## District of Delaware

## Notice of Electronic Filing

The following transaction was entered by Hitch, Cortlan on 1/3/2022 at 3:32 PM EST and filed on 1/3/2022

**Case Name:** Zogenix, Inc. et al v. Apotex Inc. et al
**Case Number:** 1:21-cv-01252-RGA
**Filer:** Apotex Corp.
Apotex Inc.
**Document Number:** 20

**Docket Text:**
**Disclosure Statement pursuant to Rule 7.1: identifying Corporate Parent Aposherm Delaware Holdings Corporation for Apotex Corp.; Corporate Parent Apotex Pharmaceutical Holdings, Inc. for Apotex Inc. filed by Apotex Corp., Apotex Inc.. (Hitch, Cortlan)**

**1:21-cv-01252-RGA Notice has been electronically mailed to:**

April Abele Isaacson     aisaacson@kilpatricktownsend.com, mstephens@kilpatricktownsend.com

Cortlan S. Hitch     chitch@morrisjames.com

Denise Seastone Kraft     dkraft@bmplaw.net, jluce@bmplaw.net, nmccarthy@bmplaw.net

Kimberlynn B. Davis     kbdavis@kilpatricktownsend.com

Michael E. Furrow     mfurrow@kilpatricktownsend.com

Stuart E. Pollack     spollack@kilpatricktownsend.com, bnelson@kilpatricktownsend.com

**1:21-cv-01252-RGA Filer will deliver document by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=1/3/2022] [FileNumber=4754418-0]
[40cbc77f554a93b5be5ceed7c4733bf1352aca90d313a10c4b5cde26332a102f6809
7020801152b984b77f36388cf78addf2457d207d92164adbf7d49f16a5be]]